October 29, 2004

Members of the Jury:

No plea agreement for Guy William Krenger was admitted into evidence.

*Kathryn H. Vratil*
Kathryn H. Vratil
United States District Judge

3:46 p.m.

CAN WE SEE
THE "PLEA AGREEMENT"
FROM Guy "BILLY"
KRENGER ? WAS
IT ADMITTED INTO
EVIDENCE ?

10/29/04

Members of the Jury:

Please rely on your collective memories
of the evidence.

John W. Lungstrum
Chief Judge

Do we know when
in July of '03, when
Phillip was. Arrested/
Prosecuted?

SSƎNIS