## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                    )<br>                     Plaintiff,              )<br>                                                    )<br>v.                                                  )<br>                                                    )<br>ALBERT WINTERS, JR.,                  )<br>                                                    )<br>                     Defendant.            )<br>_____) | CRIMINAL ACTION<br><br>No. 03-20096-KHV |

## VERDICT

Do you find beyond a reasonable doubt that defendant is guilty or not guilty as charged in Count I of the indictment?

_____✓_____         Guilty

_____         Not Guilty

If your answer is Guilty, do you find beyond a reasonable doubt that the amount involved in the conspiracy is:

_____✓_____         At least 500 grams but less than 1500 grams of a mixture or substance containing a detectable amount of methamphetamine; or

_____         At least 1500 grams but less than 5000 grams of a mixture or substance containing a detectable amount of methamphetamine; or

_____         At least 5000 grams but less than 15,000 grams of a mixture or substance containing a detectable amount of methamphetamine; or

_____         15,000 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

_10/29/04_
DATE