IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 03-20096-13-KHV |
| | ) |
| **ALBERT WINTERS, JR.,** | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

### DEFENDANT WINTERS' MOTION FOR JUDGMENT OF ACQUITTAL NOTWITHSTANDING THE VERDICT OR, IN THE ALTERNATIVE, FOR A NEW TRIAL AND SUGGESTIONS IN SUPPORT THEREOF

COMES NOW the Defendant, Albert Winters, Jr., by and through his attorney, R. Bruce Kips, and moves the Court for a judgment of acquittal notwithstanding the verdict or, in the alternative, for an order granting him a new trial pursuant to Rules 29 and 33 of the Federal Rules of Criminal Procedure. In support of said Motion, the Defendant states as follows:

1. The evidence produced at trial was insufficient to sustain a conviction of the crime charged against the Defendant.

As to the charge of conspiracy against the Defendant, there was insufficient evidence presented at trial that the Defendant conspired with anyone or was a member of any conspiracy to distribute or possess with intent to distribute methamphetamine. In addition, there was insufficient evidence presented at trial that the Defendant came to a mutual understanding with anyone to distribute or

possess with intent to distribute methamphetamine.

2. The verdict is contrary to the evidence and the law in this case.

3. That the Court erred in allowing Special Agent Lonny Namanny of the DEA to testify about the various methods of manufacturing methamphetamine. That such testimony was not relevant and highly prejudicial in that the Defendant was not charged with manufacturing methamphetamine.

WHEREFORE, the Defendant prays the Court for a judgment of acquittal notwithstanding the verdict or, in the alternative, for an order granting him a new trial pursuant to Rules 29 and 33 of the Federal Rules of Criminal Procedure.

/s/ R. Bruce Kips

_____

R. Bruce Kips
Kansas Bar No. 11584
Gold Bank Building
6333 Long, Suite 200
Shawnee, Kansas 66216
(913) 962-9800

ATTORNEY FOR DEFENDANT

2

## **CERTIFICATE OF SERVICE**

This is to certify that on November 8, 2004, I electronically filed the above and foregoing Defendant Winters' Motion For Judgment Of Acquittal Notwithstanding The Verdict Or, In The Alternative, For A New Trial And Suggestions In Support Thereof with the Clerk of the District Court by using the CM/ECF system which will send a notice of electronic filing to the following: Sheri McCracken, Assistant United States Attorney.

/s/ R. Bruce Kips

_____

R. Bruce Kips

3