**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 03-20096-13-KHV** |
| | ) | |
| **ALBERT WINTERS, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**ORDER**

On October 29, 2004, a jury found defendant guilty of knowingly and intentionally combining, conspiring, and agreeing with others to distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2, all in violation of Title 21, United States Code, Section 846. This matter comes before the Court on Defendant Winters' Motion For Judgment Of Acquittal Notwithstanding The Verdict Or, In The Alternative, For A New Trial (Doc. #232) filed November 8, 2004. After carefully considering the parties' briefs, the Court overrules defendant's motion for substantially the reasons stated in the government's brief.

**IT IS THEREFORE ORDERED** that Defendant Winters' Motion For Judgment Of Acquittal Notwithstanding The Verdict Or, In The Alternative, For A New Trial (Doc. #232) filed November 8, 2004 be and hereby is **OVERRULED**.

Dated this 30th day of December, 2004, at Kansas City, Kansas.

s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Court