IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA**,

      Plaintiff,

v.                       Case No. 03-20096-01-KHV

**ALBERT WINTERS, JR.**,

      Defendant.

## MOTION TO CONTINUE SENTENCING

COMES NOW the Defendant, Albert Winters, Jr., by and through his attorney, R. Bruce Kips, and moves the Court for an order continuing his sentencing date to March 14, 2005 at 9:30 a.m.. In support of said Motion, the Defendant states as follows:

1. That Defendant's sentencing is presently scheduled for February 28, 2005 at 9:30 a.m..

2. That additional time is needed before the Defendant is sentenced.

3. That Sheri McCracken, Assistant U.S. Attorney, does not object to a continuance of the Defendant's sentencing.

WHEREFORE, the Defendant requests a continuance of his sentencing to March 14, 2005 at 9:30 a.m..

_____

R. Bruce Kips
Kansas Bar No. 11584
Gold Bank Building
6333 Long, Suite 200
Shawnee, Kansas 66216
(913) 962-9800

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that on February 24, 2005, I electronically filed the above and foregoing Motion To Continue Sentencing with the Clerk of the District Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in this matter.

_____

R. Bruce Kips