IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY DOCKET)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.    03-20096-13-KHV |
| | ) | |
| ALBERT WINTERS, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **ORDER**

Now on this 25th day of February, 2005, this matter comes on for consideration of defendant

Albert Winters, Jr.'s Motion to Continue Sentencing (Doc. #251).

Defendant's motion is GRANTED.  The hearing dated is moved from February 28, 2005 to

March 14, 2005 at 9:30 a.m..

IT IS SO ORDERED.


s/ Kathryn H. Vratil
KATHRYN H. VRATIL
UNITED STATES DISTRICT JUDGE