(Revised 5/93)

CLERK'S COURTROOM MINUTE SHEET - CRIMINAL
SENTENCING WORKSHEET

CASE NO.   **03-20096-13-KHV**

CAPTION:                                APPEARANCES:

**UNITED STATES OF AMERICA**            **Sheri P. McCracken**

               vs.

**ALBERT WINTERS, JR.**                 **R. Bruce Kips**
                                        ( )    Retained       (X)    Appointed


Judge: _VRATIL_   Clerk: _SOUTH_   Reporter: _HALLBERG_         Kansas City: __X__
                                                               Topeka:      _____
                                                               Wichita:     _____

Date: __**March 14, 2005**__

---

(X)  For Details of Sentence See Judgment and Commitment Order

( )  Restitution Ordered under 18:3663          $_____  on count(s) _____

                                                $_____  on count(s) _____

                                                $_____  on count(s) _____

( )  **Total Restitution**                      **$_____**

---

( )  Defendant Fined                            $_____  on count(s) _____

                                                $_____  on count(s) _____

                                                $_____  on count(s) _____

(X)  **Total Fine     Waived.**                 **$_____**

---

(X)  Defendant Assessed under 18:3013           $___100.00_____  on count(s) _____1_____

                                                $_____  on count(s) _____

                                                $_____  on count(s) _____

(X)  **Total Assessment**                       **$___100.00_____**

---

( )  Count(s) _____ dismissed by the court on the motion of the United States.

(X)  Govt    (X)  Deft  --- Advised of Right to Appeal    ( )  Vol. Surrender:_____

(X)  Defendant Remanded to Custody                        ( )  Continued on Present Bond

( )  Stay of Execution    ( )  Granted   ( )  Denied    ( ) _____

BOP 121 months; Supervised Release 5 years.