IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA**,  )
                               )
            Plaintiff,         )
                               )
vs.                            )      Case No. 03-20096-13-KHV
                               )
**ALBERT WINTERS, JR.**,       )
                               )
            Defendant.         )
_____)

## NOTICE OF APPEAL

        Notice is hereby given that Albert Winters, Jr., Defendant in the above-titled matter, hereby appeals to United States Court of Appeals for the Tenth Circuit from the final judgment entered in this action on March 16, 2005.


                            /s/ R. Bruce Kips
                            _____

                            R. Bruce Kips
                            Kansas Bar No. 11584
                            Gold Bank Building
                            6333 Long, Suite 200
                            Shawnee, Kansas 66216
                            (913) 962-9800

                            ATTORNEY FOR DEFENDANT


## CERTIFICATE OF SERVICE

        This is to certify that on March 21, 2005, I electronically filed the above and foregoing Notice of Appeal with the Clerk of the District Court by using the CM/ECF system which will send a notice of electronic filing to Sheri P. McCracken, Assistant United States Attorney.


                            /s/ R. Bruce Kips
                            _____

                            R. Bruce Kips