IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

Plaintiff,

v.                                          Case No. 2:03CR20096-013-KHV

ALBERT WINTERS,

Defendant.

## SATISFACTION OF ASSESSMENT

The assessment in the above-captioned case, having been paid in full, the Clerk of the United

States District Court for the District of Kansas is hereby authorized to satisfy and cancel said

judgment of record as to the assessment for the Crime Victim's Fund, ordered in the Judgment In

A Criminal Case, Doc. 261.

Dated July 6, 2006.

Respectfully submitted,

ERIC F. MELGREN
United States Attorney


s/ Tanya Sue Wilson
TANYA SUE WILSON
Assistant United States Attorney
Ks. S.Ct. No. 11116
Federal Building, Suite 290
444 SE Quincy
Topeka, KS  66683-3592
Telephone:  (785) 295-2850
Facsimile:  (785) 295-2853
E-mail: Tanya.Wilson@usdoj.gov
Attorneys for the United States